JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRANDON PARRA,

　　　　　　　　Plaintiff,

　　　v.

EDDIE BAUER LLC, et al.,

　　　　　　　　Defendants.

Case No. 2:25-cv-09998-SRM-SK

**ORDER STAYING THIS ACTION PENDING THE BANKRUPTCY PROCEEDINGS AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO REMAND [15] [16]**

On February 13, 2026, Defendant Eddie Bauer LLC ("Defendant") filed a Notice of Suggestion of Bankruptcy. Dkt. 25. Defendant states that it and certain affiliates filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of New Jersey. Dkt. 25 at 2.

Under 11 U.S.C. § 362(a)(1), once a petition for relief is filed, judicial proceedings against the debtor that were commenced before the bankruptcy proceeding are automatically stayed.

Accordingly, the Court **STAYS** this case under 11 U.S.C. § 362(a)(1). The parties are **ORDERED** to file a status report within 14 days of the conclusion of the bankruptcy action. Plaintiff Brandon Parra's Motion to Remand is **DENIED** subject to refiling within

-1-

30 days after the stay has been lifted. Dkts. 15–16. If filed within 30 days after the stay has been lifted, the Motion to Remand will be deemed timely filed under 28 U.S.C. § 1447(c). The Clerk of Court is **DIRECTED** to administratively close the case.

**IT IS SO ORDERED.**

Dated: May 29, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE